05-18-01528-CV

FILED
DALLAS COUNTY
12/20/2018 5:07 PM
FELICIA PITRE
DISTRICT CLERK

Carmen Moorer

**No. DC-18-08792**

| | | |
|---|---|---|
| COMMISSION FOR LAWYER DISCIPLINE; | § | FILED IN |
| | § | 5th COURT OF APPEALS |
| PETITIONER, | § | DALLAS, TEXAS |
| | § | 14TH DISTRICT COURT 4:20 AM |
| v. | § | LISA MATZ |
| | § | Clerk |
| WONYOUNG KIM; | § | DALLAS COUNTY, TEXAS |
| | § | |
| RESPONDENT. | § | |

## RESPONDENT WONYOUNG KIM'S NOTICE OF APPEAL

1. Respondent **Wonyoung Kim** files this Notice of Appeal from the denial by operation of law of **Respondent Wonyoung Kim's TCPA Motion to Dismiss and Supporting Brief** ("TCPA Motion") filed under Section 27.003 of the Texas Civil Practice and Remedies Code in *Commission for Lawyer Discipline v. Wonyoung Kim*, No. DC-18-08792, before the 14th District Court in Dallas County, Texas.[1]

2. The Court held a hearing on Kim's TCPA Motion and his related motion to strike evidence submitted by Petitioner on November 2, 2018. The Court was therefore required to rule on Respondent's TCPA Motion not later than December 2, 2018, the 30th day following the date of the hearing on the motion. TEX. CIV. PRAC. & REM. CODE § 27.005(a). Since the Court did not rule or sign an order on Respondent's TCPA Motion by that date, Respondent's TCPA Motion was denied by operation of law on **December 2, 2018**, allowing Kim to file an interlocutory appeal. TEX. CIV. PRAC. & REM. CODE §§ 27.008; 51.014(a)(12).

---

[1] The Honorable Ruben Gonzalez, Jr., Judge of the 432nd District Court in Tarrant County, Texas, was appointed and assigned to preside in this disciplinary action. *See* TEX. RULES DISCIPLINARY P. R. 3.02, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. G, app. A-1 (West 2013); TEX. GOV'T CODE ANN. § 74.057. Disciplinary Actions are civil in nature. TEX. RULES DISCIPLINARY P. R. 3.08(A).

3. Kim desires to appeal the denial of his TCPA Motion by operation of law.

4. This appeal is taken to **the Fifth Court of Appeals in Dallas.**

5. This notice of appeal is filed by Respondent **Wonyoung Kim.** This is an interlocutory appeal authorized by Sections 27.008 and 51.014(a)(12) of the Texas Civil Practice and Remedies Code. TEX. CIV. PRAC. & REM. CODE §§ 27.008; 51.014(a)(12). As an interlocutory appeal under Section 51.014(a)(12), all proceedings in the trial court are stayed pending resolution of the appeal. TEX. CIV. PRAC. & REM. CODE § 51.014(b).

6. This is an **accelerated appeal,** pursuant to Section 27.008(b) of the Texas Civil Practice and Remedies Code and Rule 28.1(a) of the Texas Rules of Appellate Procedure. This is not a parental termination or child protection case, as defined in Rule 28.4.

Respectfully submitted,

CAMPBELL & ASSOCIATES LAW FIRM, P.C.
By:     /s/ Bruce A. Campbell
**Bruce A. Campbell**
State Bar No. 03694500
bcampbell@cllegal.com
**Jerry R. Hall**
State Bar No. 24065358
jhall@cllegal.com
CAMPBELL & ASSOCIATES LAW FIRM, P.C.
4201 Spring Valley Road, Suite 1250
Dallas, Texas 75244
Telephone:     (972) 277-8585
Facsimile:     (972) 277-8586

ATTORNEYS FOR RESPONDENT
WONYOUNG KIM

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document was served on all parties and/or their attorneys of record, pursuant to the Texas Rules of Civil Procedure, on December 20, 2018.

/s/ Jerry R. Hall
ON BEHALF OF CAMPBELL & ASSOCIATES LAW FIRM, P.C.